# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RONALD CARTER**
        **Plaintiff,**

    v.                                        Case No. 10C0396

**JOSEPH MERRILL, TIMOTHY**
**BEHNING, JAMES TIMM, and**
**CITY OF MILWAUKEE - POLICE DEPARTMENT**
        **Defendants.**

---

## ORDER

Plaintiff Ronald Carter brought this § 1983 action against several City of Milwaukee police officers, the City and the Police Chief. Plaintiff agreed to dismiss his claims against the Chief and his <u>Monell</u> claim against the City but not his indemnification claim against the City. Plaintiff then filed an amended complaint reflecting this agreement but in the caption listed the "CITY OF MILWAUKEE - POLICE DEPARTMENT" as a defendant. Because the Police Department is not a suable entity, the City moves to dismiss it as a defendant. Plaintiff agrees and asks me to amend the caption to indicate that the proper defendant is the City of Milwaukee. I will grant both requests.

Therefore,

**IT IS ORDERED** that the motion to dismiss the City of Milwaukee Police Department as a defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that the caption be amended to reflect that the City of Milwaukee is a defendant.

**IT IS FINALLY ORDERED** that the City has until August 1, 2011 to move to dismiss the remaining claim against the City.

Dated at Milwaukee, Wisconsin this 2nd day of June, 2011.

/s_____
LYNN ADELMAN
District Judge