# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RONALD CARTER,**
    **Plaintiff,**

  v.              Case No. 10-CV-00396

**OFFICER JOSEPH MERRILL, and**
**CITY OF MILWAUKEE,**
    **Defendants.**

---

## ORDER

On May 7, 2014 the court held a telephone status conference to discuss the next steps in this case. Defendants indicated that they wished to obtain a transcript of the trial and would likely file motions in limine and/or a motion for summary judgment on the issue of liability based on the evidence adduced at trial. Plaintiff indicated that he would file a motion for summary judgment on the issue of liability based on the evidence adduced at trial. The court reminds the parties that on a motion for summary judgment, the evidence adduced at trial must be construed in the light most favorable to the opposing party.

**THEREFORE, IT IS ORDERED** that the deadline for filing all pretrial motions, including dispositive motions and motions in limine, is **August 15, 2014**.

Dated at Milwaukee, Wisconsin, this 7th day of May, 2014.

              s/ Lynn Adelman
              _____
              LYNN ADELMAN
              District Judge