UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONALD CARTER,
      Plaintiff,

v.                                      Case No. 10-cv-0396

OFFICER JOSEPH MERRILL, et al.,
      Defendants.

## ORDER

**IT IS HEREBY ORDERED** that the pending motions in limine (ECF Nos. 123, 126) are **DENIED** as **MOOT** based on the parties' representation that this case has settled.

Dated at Milwaukee, Wisconsin, this 27th day of March, 2015.

                                                s/ Lynn Adelman

                                               LYNN ADELMAN
                                               District Judge